No. 72–5339. EMDY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–5340. CHACON v. McCLAIN ET AL. C. A. 9th Cir. Certiorari denied.

No. 72–5341. SPINKS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 72–5342. HOUP v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 72–5344. STROTHER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5345. COOK v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 72–5514. CORRADO v. PROVIDENCE REDEVELOPMENT AGENCY. Sup. Ct. R. I. Certiorari denied.

No. 71–1642. FARR v. SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY. Ct. App. Cal., 2d App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 71–6700. VENABLE ET AL. v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–349. SCARPETTA v. DeMARTINO ET UX. Sup. Ct. Fla. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–352. COLLINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.